# FEDERAL DEFENDER SERVICES
# OF WISCONSIN, INC.

LEGAL COUNSEL

|  |  |
|---|---|
| Craig W. Albee, Federal Defender | 22 East Mifflin Street |
| Krista A. Halla-Valdes, First Assistant | Suite 1000 |
|  | Madison, Wisconsin 53703 |
| Joseph A. Bugni, Madison Supervisor | Telephone 608-260-9900 |
| John W. Campion | Facsimile 608-260-9901 |
| Shelley M. Fite |  |
| Anderson M. Gansner |  |
| Gabriela A. Leija |  |
| Peter R. Moyers |  |
| Ronnie V. Murray |  |
| Tom E. Phillip |  |
| Joshua D. Uller |  |
| Kelly A. Welsh |  |

May 29, 2020

Honorable James D. Peterson
United States District Judge
United District Court
120 North Henry Street
Madison, Wisconsin 53703

      Re:    *United States v. Charles M. Raimondi Sr.*
             Case No. 16-cr-88-jdp

Dear Judge Peterson:

      I write to update the Court on the defense's efforts to respond to its post-motion order (DE 44). Counsel has attempted to find an appropriate residence for Mr. Raimondi. It expects to be able to submit to the U.S. Probation Office such a residence as part of a broader release plan by Friday, June 5, 2020, *viz.*, one week from today.

      Of course, if a plan comes together sooner, counsel will pass it along to the USPO immediately. Conversely, if the defense determines that no plan that meets the requirements in the Court's order is feasible, it will notify the Court by filing a subsequent letter.

                                Sincerely,

                                */s/ Peter R. Moyers*

                              Peter R. Moyers
                              Associate Federal Defender